Filing # 106387475 E-Filed 04/22/2020 12:06:38 PM

Case Number: CACE-20-006820 Division: 12

IN THE CIRCUIT COURT OF 15TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NUMBER:

MAXINE REED,

  Plaintiff,

vs.

WALMART INC.,

  Defendant.

_____/

## COMPLAINT FOR DAMAGES

 COMES NOW the Plaintiff, MAXINE REED, by and through her undersigned attorney and sues the Defendant, and allege as follows:

 1) This is an action for damages in excess of $30,000.00.

 2) At all times material hereto, Plaintiff, MAXINE REED is a resident and citizen of Broward County, Florida, and is over the age of eighteen (18) years, and is otherwise sui juris.

 3) At all times material hereto, Defendant, **WALMART INC.** is a corporation, duly authorized to do and doing business in the State of Florida.

 4) At all times material hereto, Defendant, **WALMART INC.**, owned, controlled, possessed, and maintained the property located at 5001 N Federal Hwy, Pompano Beach, FL 33064.

5) At all times material hereto, Plaintiff, MAXINE REED, was rightfully on the premises as an invitee.

6) On or about the 20th day of June, 2018, the Plaintiff, MAXINE REED was at the **WALMART INC** , located at the above address. At said time and place, the Defendant, **WALMART INC.** owed to the general public and to the Plaintiff, MAXINE REED, in particular, the duty of keeping its premises in a reasonably safe condition so that persons such as Plaintiff, MAXINE REED, would not be injured on said premises.

7) The Defendant, **WALMART INC.**, breached its duty to the Plaintiff in the that the Defendant, its employees, servants or agents, while acting in the course and scope of their employment,created and/or allowed to be created a dangerous and defective condition, to wit; improperly stacked laundry baskets, creating a dangerous condition, which caused the Plaintiff, MAXINE REED, to be struck when said baskets fell from the shelves above, thereby injuring herself.

8) The Defendant, **WALMART INC.**, knew or should have known of said dangerous and defective condition; and failed to warn the general public, or the Plaintiff, MAXINE REED, in particular, of any danger or, in the alternative, the Defendant allowed said dangerous and defective condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed such condition.

9) As a direct and proximate result of the aforesaid negligence of Defendant, **WALMART INC.**, Plaintiff, MAXINE REED, was injured in and about **her** body and extremities, suffered pain and mental anguish therefrom, was required to and did receive medical care, treatment, and related expenses as a result of **her** injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that **her** working ability was impaired and he suffered a resultant loss of earnings, and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant herein.

WHEREFORE, Plaintiff demands judgment for compensatory damages, costs against the Defendant and a trial by jury of all issues triable in this cause.

DATED this ___22___ day of ___April___, 2020.

EVAN R. KRAKOWER, P.A.
Attorney for the Plaintiff
10061 NW 1 Court
Plantation, FL 33324
PHONE: (954) 474-4244
FAX:   (954) 474-4245
E-service: EvanRKrakowerPA@yahoo.com

By: _____
EVAN R. KRAKOWER
FL BAR NO: 312894